UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN
_____

**ELIZABETH SPIVEY-JOHNSON,**

    **Plaintiff,**

                                                                     **Case No. 05-C-0070**

    **v.**

                                                                       **Hon. Rudolph T. Randa**

**PAPER, ALLIED-INDUSTRIAL CHEMICAL**
**& ENERGY WORKERS INTERNATIONAL UNION**
**and GEORGE TORRES,**

    **Defendants.**

_____

**ORDER**
_____

    Based upon the Stipulation of the Plaintiff and Defendant,

    IT IS HEREBY ORDERED that this matter be dismissed with prejudice, and

without costs or attorney's fees to any party.

    Dated this <u>18</u> day of January, 2007.

                                                                       BY THE COURT:

                                                                       s/ Rudolph T. Randa
                                                                       Honorable Rudolph T. Randa
                                                                       Chief United States District Judge